UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-13632 |
| JOHNSON, KYANNA CHRISTINE | Chapter: 7 |
| | Judge: KCF |

### NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>April 30, 2019</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at: 6 HOOVER DRIVE, BRICK, NJ
The debtor(s) purchased the property in 2008 for $240,000. The property is valued at $243,000 based upon a Comparative Market Analysis.

Liens on property:

ROUNDPOINT MORTG. - $234,289.63

Amount of equity claimed as exempt:

$14,472.01

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13632-KCF
Kyanna Christine Johnson                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Apr 01, 2019
                              Form ID: pdf905          Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db             +Kyanna Christine Johnson,    6 Hoover Drive,    Brick, NJ 08724-3208
cr             +United Teletech Financial FCU,    McKenna, DuPont Higgins & Stone,
                229 Broad Street, PO Box 610,    229 Broad Street, PO Box 610,    Red Bank, NJ 07701-0610
518042347      +Ally,   c/o Tate & Kirlin Associates, Inc.,    Ste. 240,    580 Middletown Blvd,
                Langhorne, PA 19047-1827
518042351     #+Big Lots,    300 Phillipi Rd.,    Columbus, OH 43228-1310
518042359      +Children Of Ame,    c/o American Collections Enterprise Inc,    Attn: Bankruptcy,    Po Box 30096,
                Alexandria, VA 22310-8096
518042360      +Children of Ame,    c/o American Collections Enterprise Inc,    205 S Whiting St Ste 500,
                Alexandria, VA 22304-3632
518042361      +Court Officer - George Herbert,    PO box 181,    Avon by the Sea, NJ 07717-0181
518042362      +Credit Acceptance,    136 Ganther Drive, Suite 100,    Mount Laurel, NJ 08054-1725
518042364      +East Coast Lakeview Terrace,    c/o National Credit Audit Corporation,    12770 Coit Rd Ste 100,
                Dallas, TX 75251-1317
518042365      +East Coast Lakeview Terrace,    c/o National Credit Audit Corporation,    Attn: Bankruptcy Dept.,
                P.O. Box 515489,    Dallas, TX 75251-5489
518042363       East Coast Lakeview Terrace,    c/o Karen Harrison-Bowers,    Morgan Properties,
                2 South Ave., West W411,    Cranford, NJ 07016
518042370       Ezpass Violations,    PO Box 15186,    Albany, NY 12212-5186
518042373       Genesis FS Card Services,    PO Box 23039,    Columbus, GA 31902-3039
518042380       MTA Bridges and Tunnels,    PO Box 15618,    Wilmington, DE 19850-5618
518042375      +Majr Financial Corpora,    7951 W Mississippi,    Lakewood, CO 80226-4357
518042377      +Monmouth County Superior Court,    Special Civil Part - DC-009114-16,    71 Monument Park,
                Freehold, NJ 07728-1747
518042376      +Monmouth County Superior Court,    Special Civil Part - LT-001171-18,    71 Monument Park,
                Freehold, NJ 07728-1747
518042378      +Monmouth County Superior Court,    Special Civil Part - LT-002852-18,    71 Monument Park,
                Freehold, NJ 07728-1747
518042381       NCAC,    PO Box 515489,    Dallas, TX 75251-5489
518042382       New Jersedy Turnpike Authority,    Violations Processing Center,    Trenton, NJ 08650
518042383      +Pine Belt Enterprises,    c/o Credit Acceptance,    P.O. Box 513,    Southfield, MI 48037-0513
518042384      +Pine Belt Enterprises, Inc.,    1088 Rt. 88,    Lakewood, NJ 08701-4512
518042386      +Red Bank Veterinary Hospital,    c/o TekCollect,    Business Office,    PO Box 1269,
                Columbus, OH 43216-1269
518042387      +Red Bank Veterinary Hospital,    197 Hance Avenue,    Tinton Falls, NJ 07724-2764
518042389      +RoundPoint Mortgage Servicing Corporatio,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
518042388      +RoundPoint Mortgage Servicing Corporatio,    Attn: Bankruptcy,    Po Box 19409,
                Charlotte, NC 28219-9409
518042391     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
518042390      +State of Maryland,    Central Collection Unit,    Fifth Floor Certifications,
                300 West Preston St.,    Baltimore, MD 21201-2307
518042394      +The Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
518042392      +The Home Depot,    c/o Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
518042393      +The Home Depot,    c/o Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
518042395       The Port Authority of NJ & NY,    Violations Processing Center,    PO Box 15186,
                Albany, NY 12212-5186
518042396       United Teletech Federal Credit Union,    205 Hance Avenue,    Eatontown, NJ 07724-2764
518042397      +United Teletech Fin Fc,    205 Hance Ave,    Tinton Falls, NJ 07724-2764
518042398       United Teletech Financial,    PO Box 37603,    Philadelphia, PA 19101-0603
518042404       Wells Fargo,    PO Box 54180,    Los Angeles, CA 90054-0180
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2019 00:33:54      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2019 00:33:51      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518042348      +E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2019 00:33:00      Ally,    P.O. Box 130424,
                Saint Paul, MN 55113-0004
518042349      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2019 00:33:37      Big Lot,
                c/o Comenitycapital,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518042350      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2019 00:33:37      Big Lot,
                c/o Comenitycapital,    3100 Easton Square Pl,    Columbus, OH 43219-6232
518042353      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2019 00:37:03      Capital One,
                Po Box 30281,    Salt Lake City, UT 84130-0281
518042352      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2019 00:37:23      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518042354      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 02 2019 00:36:49
                Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518042355       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 02 2019 00:36:46
                Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
```

```
District/off: 0312-3           User: admin              Page 2 of 3               Date Rcvd: Apr 01, 2019
                               Form ID: pdf905          Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518053123     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 02 2019 00:36:48      Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518042356     +E-mail/Text: bzern@celticbank.com Apr 02 2019 00:34:58      Celtic Bank,   c/o Genesis Bc,
               Attn: Bankruptcy,   268 South State Street Ste 300,   Salt Lake City, UT 84111-5314
518042357     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 02 2019 00:34:56      Celtic Bank,
               c/o Genesis Bc,   Po Box 4499,   Beaverton, OR 97076-4499
518042358     +E-mail/Text: bzern@celticbank.com Apr 02 2019 00:34:58      Celtic Bank,
               268 S State St Ste 300,   Salt Lake City, UT 84111-5314
518042367     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Apr 02 2019 00:36:49      Exeter Finance Corp,
               Po Box 166097,   Irving, TX 75016-6097
518042366     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Apr 02 2019 00:37:08      Exeter Finance Corp,
               Po Box 166008,   Irving, TX 75016-6008
518042368      E-mail/PDF: ais.exeter.ebn@americaninfosource.com Apr 02 2019 00:37:08      Exeter Finance LLC,
               PO Box 204480,   Dallas, TX 75320-4480
518050637     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 02 2019 00:37:07      Exeter Finance LLC,
               AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518042369      E-mail/Text: bkrpt@retrievalmasters.com Apr 02 2019 00:33:50      Ezpass Violations,   c/o RMCB,
               PO Box 1235,   Elmsford, NY 10523-0935
518042371     +E-mail/Text: bnc-bluestem@quantum3group.com Apr 02 2019 00:34:31      Fingerhut,
               Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
518042372     +E-mail/Text: bnc-bluestem@quantum3group.com Apr 02 2019 00:34:31      Fingerhut,
               6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
518042374      E-mail/Text: cio.bncmail@irs.gov Apr 02 2019 00:33:17      Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
518042379     +E-mail/Text: bankruptcydepartment@tsico.com Apr 02 2019 00:34:35      MTA Bridges and Tunnels,
               c/o Transworld Systems Inc.,   5626 Frantz Rd.,   Dublin, OH 43017-1559
518042385     +E-mail/Text: kmorgan@morganlaw.com Apr 02 2019 00:34:38
               Pine Belt Enterprises/Credit Acceptance,   c/o Morgan Bornstein & Morgan,
               1236 Brace Rd., Ste. K,   Cherry Hill, NJ 08034-3229
518042399     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 00:32:51
               Verizon,   Attn: Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
518042400     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 00:32:51
               Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
518042401     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2019 00:33:36      Victoria Secret,
               c/o Comenity Bank,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518042402     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2019 00:33:36      Victoria Secret,
               c/o Comenity Bank,   Po Box 182789,   Columbus, OH 43218-2789
518042403     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2019 00:33:37      Victorias Secret,
               P.O. Box 659728,   San Antonio, TX 78265-9728
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518046761        Lonnie Coleman,   Unknown
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Apr 01, 2019
                              Form ID: pdf905          Total Noticed: 64
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.axofs.com
              Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.axofs.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Kyanna Christine Johnson bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6
```