Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−13632−KCF
                Chapter:  7
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kyanna Christine Johnson
    6 Hoover Drive
    Brick, NJ 08724

Social Security No.:
    xxx−xx−5915

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/21/19 at 02:15 PM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with Capital One Auto Finance (Re: 2014 Nissan Maxima) Filed by Capital One Auto Finance AIS Portfolio Services LP. Hearing scheduled for 5/21/2019 at 02:15 PM at KCF − Courtroom 2, Trenton. (ckk)

Dated: 4/24/19

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Kyanna Christine Johnson  
    Debtor

Case No. 19-13632-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 24, 2019  
                     Form ID: ntchrgbk      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.  
db          +Kyanna Christine Johnson,   6 Hoover Drive,   Brick, NJ 08724-3208  
cr          +Capital One Auto Finance AIS Portfolio Services LP,    4515 N Santa Fe Ave,  
           Oklahoma City, OK 73118-7901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:  
         Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation  
          kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,  
          dana@redbanklaw.com  
         Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,  Torr@ecf.axosfs.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William H. Oliver, Jr.    on behalf of Debtor Kyanna Christine Johnson bkwoliver@aol.com,  
          R59915@notify.bestcase.com  
     TOTAL: 6