Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–13632–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kyanna Christine Johnson
   6 Hoover Drive
   Brick, NJ 08724

Social Security No.:
   xxx–xx–5915

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on May 28, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 – 11, 12
Order Denying Approval of Reaffirmation Agreement. (related document:11 Reaffirmation Agreement filed by Creditor Capital One Auto Finance AIS Portfolio Services LP, 12 Motion for Approval of Reaffirmation Agreement filed by Creditor Capital One Auto Finance AIS Portfolio Services LP). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/28/2019. (slf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 28, 2019
JAN: slf

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-13632-KCF
Kyanna Christine Johnson                                               Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: May 28, 2019
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
cr             +Capital One Auto Finance AIS Portfolio Services LP,   4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
      Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,
       dana@redbanklaw.com
      Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
      Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor Kyanna Christine Johnson bkwoliver@aol.com,
       R59915@notify.bestcase.com
                                                                                                 TOTAL: 6