UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on May 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kyanna Christine Johnson

Case No.: 19-13632-KCF

Hearing Date: 5/21/2019

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER DENYING MOTION TO APPROVE REAFFIRMATION AGREEMENT
## with Exeter Finance, LLC

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion to approve a reaffirmation agreement having been filed on 5/2/2019 by Exeter Finance, LLC for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and the Court having found that the Debtor(s) has/have performed all steps necessary under 11 U.S.C. § 524(c) to reaffirm the proposed debt; and the Court having been unable to make the findings under 11 U.S.C. § 524(c)(6) required to approve the reaffirmation agreement; it is

ORDERED that the aforesaid motion is denied.

The successful party shall serve this order on the debtor, any trustee, and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kyanna Christine Johnson  
    Debtor

Case No. 19-13632-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 28, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.  
db          +Kyanna Christine Johnson,   6 Hoover Drive,   Brick, NJ 08724-3208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:  
         Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation  
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,  
           dana@redbanklaw.com  
         Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,   Torr@ecf.axosfs.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William H. Oliver, Jr.    on behalf of Debtor Kyanna Christine Johnson bkwoliver@aol.com,  
           R59915@notify.bestcase.com  
                                                                                                                              TOTAL: 6